| | |
|---|---|
| 1 | David T. Biderman, Bar No. 101577 |
| 2 | Thomas N. Abbott, Bar No. 245568 |
|   | TAbbott@perkinscoie.com |
|   | PERKINS COIE, LLP |
| 3 | 505 Howard Street, Suite 1000 |
|   | San Francisco, CA 94105-3204 |
| 4 | Telephone: 415.344.7000 |
|   | Facsimile: 415.344.7050 |

Attorneys for Defendant
CALIBER HOME LOANS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KAYLENE YANDEL, | Case No. 2:18-cv-01177-JAM-EFB |
| Plaintiff, | **STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS PURSUANT TO LOCAL RULE 144; ORDER** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC; CREDIT ONE BANK, N.A., CALIBER HOME LOANS, INC., WebBank and DOES 1 through 100, inclusive, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiff Kaylene Yandel ("Plaintiff") and Defendant CALIBER HOME LOANS, INC. ("Caliber") through their attorneys, agree to a further extension of time of not more than 28 days for Caliber to respond to Plaintiff's Complaint as follows:

1. Caliber was served with the Summons and Complaint on May 15, 2018.

2. The parties agree that it would serve the interest of judicial economy to allow Caliber additional time to investigate Plaintiff's allegations and, if possible, for the parties to

1. explore informal resolution and, as such, desire to continue Caliber's response deadline.

2. 3. The parties previously stipulated to extend Caliber's time to respond to the complaint through July 3, 2018. The parties continue to explore informal resolution and desire to extend the time to respond by another 28 days.

3. 4. Accordingly, the parties stipulation that Caliber shall now have until August 2, 2018 to respond to Plaintiff's Complaint.

4. 5. This continuance does not alter the date of any event or any deadline already fixed by Court order.

SO STIPULATED BY:

DATED: June 29, 2018     **PERKINS COIE LLP**

By: /S/ Thomas N. Abbott
Thomas N. Abbott, Bar No. 245568
TAbbott@perkinscoie.com

Attorneys for Defendant
CALIBER HOME LOANS, INC.

DATED: June 29, 2018     **SAGARIA LAW, P.C.**

By: /S/ Elliot W. Gale
Elliot W. Gale, Bar No. 263326
egale@sagarialaw.com

Attorneys for Plaintiff
KAYLENE YANDEL

## ORDER

**IT IS SO ORDERED.**

DATED: 6/29/2018     /s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge