Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Kaylene Yandel

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| KAYLENE YANDEL,<br><br>        Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>        Defendant. | Case No.: 2:18-cv-01177-JAM-EFB<br><br>**ORDER** |

## ORDER

Pursuant to the stipulation of the Parties, Caliber Home Loans, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.


IT IS SO ORDERED.


DATED: 2/26/2019               /s/ John A. Mendez_____
                                 Hon. JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE